IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALES, | No. C 06-2988 MJJ |
| Plaintiff, | ORDER |
| vs. | |
| A.P. KANE, WARDEN | |
| Defendant. | |

A settlement conference in this matter was held on November 29, 2006. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☐ Other: _____

(2) The following individuals, parties, and/or representatives did not appear:

_____

_____

(3) The outcome of the proceeding was:

☒ The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on or before February 5, 2007.

1  ☐ The case has been partially resolved and, on or before
2  _____, counsel for defendants shall file a joint stipulation specifying
3  those claims which have been resolved and those that remain to be resolved by the Court.
4  ☐ The parties agree to an additional follow up settlement on _____.
5  ☐ The parties are unable to reach an agreement at this time.

Date: 1/9/07

_____
Nandor J Vadas
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GONZALES

v.

KANE
_____/

No. C 06-2988

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Alejandro Gonzalez**
CTF-North WA-107-L
Prisoner Id C-47744
P.O. Box 705
Soledad, CA 93960-0705

RICHARD W. WIEKING, CLERK

By: /s/_____
         Deputy Clerk

3